TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00175-CV

Riad E. Hamad, Appellant

v.

Kathy Thomas and Julie Joswiak, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 99-04418, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 Because appellant has not responded to our request for an explanation of why he
has neither paid for nor made arrangements to pay for the clerk's record, we will dismiss this
appeal for want of prosecution. See Tex. R. App. P. 35.3(a)(2); 42.3(c).

 The Clerk of this Court filed appellant's Notice of Appeal on March 21, 2000. 
Notice was received from the district clerk's office on November 18, 1999, that the clerk's record
had not been paid for, nor had arrangements for payment been made.

 By letter dated March 21, 2000, appellant was requested to submit a status report
regarding this matter by March 31, 2000, and was cautioned that failure to respond could result
in dismissal of this appeal. Thus far, appellant has failed to respond to this request.

 Accordingly, on our own motion we dismiss the appeal. See id. 42.3(b),(c).

Before Chief Justice Aboussie, Justices Kidd and Smith

Dismissed for Want of Prosecution

Filed: April 20, 2000

Do Not Publish